**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KINGDOM AUTHORITY INTERNATIONAL MINISTRIES, INC., | ) ) ) ) | No. 19 CV 50160 |
| | ) | Judge John J. Tharp, Jr. |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CHURCH MUTUAL INSURANCE COMPANY, | ) | |
| Defendant. | | |

**JUDGMENT ORDER**

This action having been dismissed for want of prosecution by Judge John J. Tharp, Jr., it is hereby ORDERED:

Judgment is hereby entered in favor of defendant Church Mutual Insurance Company and against plaintiff Kingdom Authority International Ministries, Inc. Defendant shall recover costs from plaintiff.

Dated: March 10, 2020

John J. Tharp, Jr.
United States District Judge